UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:17-CV-20227-DPG

ANA VASQUEZ PIMINTEL,

      **Plaintiff,**

vs.

NATIONWIDE CREDIT, INC.,

      **Defendant.**

_____/

## DEFENDANT, NATIONWIDE CREDIT, INC.'S UNOPPOSED MOTION TO TRANSFER RELATED CASE AND INCORPORATED MEMORANDUM OF LAW

Defendant, NATIONWIDE CREDIT, INC. (hereinafter, "NCI"), by and through its undersigned counsel, and pursuant to Rule 3.8 of the Local Rules of the Southern District of Florida and this Court's Internal Operating Procedures 2.15.00(C), hereby moves to transfer the Complaint of Plaintiff, ANA VASQUEZ PIMINTEL, to the Court of United States District Judge Kathleen M. Williams and in support thereof would state as follows:

1.  Pursuant to Local Rule 3.8 and IOP 2.15.00(C), NCI moves for entry of an order transferring the above-captioned action to United States District Judge Kathleen M. Williams.

2.  This action shares a common nucleus of operative fact with an earlier-filed case currently pending before Judge Williams (hereinafter, the "Judge Williams Case"), Case No. 1:17-cv-20226-KMW, ANA VASQUEZ PIMENTEL v. NATIONWIDE CREDIT, INC., the Complaint and Exhibit for which are attached hereto as *Composite Exhibit A.*

3.  This case and the Judge Williams case share a common Plaintiff, a common Defendant, and substantially similar allegations. In fact, the Complaint in each case is identical.

Specifically, in each case, it is alleged that NCI violated the Fair Debt Collections Practices Act and the Florida Consumer Collection Practices Act by sending a collection letter to Plaintiff.

4. Section 2.15.00(C) of the Internal Operating Procedures for this Court grants judges in this Federal Judicial District broad discretion to transfer newly-filed actions to the judge in the same District to whom a similar, earlier-filed action is assigned. IOP 2.15.00(C) specifically states:

> Whenever an action or proceeding is filed in the Court which involves subject matter which is a material part of the subject matter of another action or proceeding then pending before this Court, or for other reasons the disposition thereof would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge, the Judges involved shall determine whether the newly filed action or proceeding shall be transferred to the Judge to whom the earlier filed action or proceeding is assigned.

IOP 2.15.00(C) *see also* IOP 2.07.00 ("Judges may confer and directly transfer all or any part of a case on the judge's docket to any consenting judge").  This case warrants such a transfer.

5. The earlier filed Judge Williams Case involves identical subject matter and common questions of fact and law as the instant action. *Compare* Comp. Ex. A with D.E. 1.

6. Transfer should be ordered to conserve party resources and avoid the potential duplication of judicial efforts that might occur if this action and the earlier filed Judge Williams case proceed before separate judges.

7. Moreover, this case remains in its infancy and no prejudice will result to either party from the transferal of this action.

**WHEREFORE**, Defendant NATIONWIDE CREDIT, INC. respectfully requests that this Court take notice of the pendency of the similar case, Case No. 1:17-cv-20226-KMW, ANA VASQUEZ PIMENTEL v. NATIONWIDE CREDIT, INC, currently pending before Judge Williams, and transfer this action to Judge Williams.

Case No.: **1:17-CV-20227-DPG**

## CERTIFICATION UNDER RULE 7.1(a)(3)

The undersigned certifies that on March 9th, 2017, counsel for the Movant conferred with counsel for all other parties who might be affected by the relief sought, and specifically, Jibrael S. Hindi, Esq., counsel for the Plaintiff, pursuant to Rule 7.1(a)(3), Loc. R. SD. Fla. in a good faith effort to resolve by agreement the issues raised in this Motion. Counsel for Movant can represent that Plaintiff does not oppose the relief sought in this Motion.

    s/ Ruel W. Smith
Ruel W. Smith
Florida Bar No. 36548
rsmith@hinshawlaw.com
Andrew J. J. Collinson
Florida Bar No. 0055552
acollinson@hinshawlaw.com
HINSHAW & CULBERTSON LLP
100 South Ashley Drive, Suite 500
Tampa, FL 33602
Telephone: 813-276-1662
Facsimile: 813-276-1956
Attorney for Defendant NATIONWIDE CREDIT, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Jibrael S. Hindi, Esquire | Thomas J. Patti, Esquire |
| Florida Bar No. 118259 | Florida Bar No. 118377 |
| Email: jibrael@jibraellaw.com | Email: tpatti@thomasjohnlaw.com |
| The Law Offices of Jibrael S. Hindi | Thomas-John Law, P.A. |
| 110 SE 6th Street, Suite 1744 | 110 SE 6th Street, Suite 1700 |
| Fort Lauderdale, Florida 33301 | Fort Lauderdale, Florida 33301 |
| Phone: 954-907-1136 | Phone 954-543-1325 |
| Fax: 855-529-9540 | Fax: 954-507-9975 |
| Attorney for Plaintiff | Attorneys for Plaintiff |
| ANA VASQUEZ PIMENTEL | ANA VASQUEZ PIMENTEL |

    s/Ruel W. Smith

3