**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-cv-20226**
**Case No. 17-cv-20227**

ANA VASQUEZ PIMENTEL,

Plaintiff,

vs.

NATIONWIDE CREDIT, INC.

Defendant.
__________________________/

**ORDER CONSOLIDATING CASES**

**THIS MATTER** is before the Court on a *sua sponte* review of the record. On March 22, 2017, the case captioned *Pimentel v. Nationwide Credit, Inc.*, Case No. 17-cv-20227, was transferred to this Court on Defendant's unopposed motion because of Plaintiff's earlier-filed action in *Pimentel v. Nationwide Credit, Inc.*, Case No. 17-cv-20226. Both cases involve the same Parties, similar claims, and the same nucleus of facts. Accordingly, pursuant to Federal Rule of Civil Procedure 42(a), the Court hereby **CONSOLIDATES** the cases in Case Numbers 17-cv-20226 and 17-cv-20227. The Court **DESIGNATES** Case No. 17-cv-20226 as the lead case under the caption *Pimentel v. Nationwide Credit, Inc.*

It is further **ORDERED** that Plaintiff must file a motion for leave to file an amended complaint raising all claims and causes of action, as alleged in Case Nos. 17-cv-20226 and 17-cv-20227, against Defendant on or before **April 10, 2017**. Plaintiff

must append her proposed amended pleading to her motion.

**DONE AND SIGNED** in chambers at Miami Florida, this 27th day of March, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE